# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL OGLE,<br><br>    Defendant. | NO. CR-03-212-RHW<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR RECONSIDERATION** |

Before the Court is the Government's Motion for Reconsideration Re Order Striking Briefing Schedule and Closing File and to Hold a Hearing in Order to Determine if the Defendant's Sentence Would Have Been Materially Different, and If Necessary, to Re-sentence the Defendant (Ct. Rec. 76).

On December 28, 2005, the Court entered an order striking the briefing schedule because Defendant had filed a statement indicating that he did not want to be re-sentenced. The Government asks the Court to allow the parties to address whether Defendant's sentence would have been materially different under the now advisory Guideline sentencing regime.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Reconsideration Re Order Striking Briefing Schedule and Closing File and to Hold a Hearing in Order to Determine if the Defendant's Sentence Would Have Been Materially Different, and If Necessary, to Resentence the Defendant (Ct. Rec. 76) is **GRANTED**.

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR RECONSIDERATION** ~ 1

2. Richard Wall shall continue to represent Defendant in the limited remand proceedings.

3. Counsel shall file briefing, on or before **February 18, 2006**, addressing whether the sentence imposed would have been materially different had the Court known the United States Sentencing Guidelines were advisory.

4. A hearing on this matter is set **without** oral argument for **February 20, 2006**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 31st day of January, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR RECONSIDERATION ~ 2**