PROB 12B
(7/93)

Report Date: July 26, 2006

# United States District Court

for the

Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 31 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel Lee Ogle                     Case Number: 2:03CR00212-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 07/13/2004                  Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g) and 924Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g) and 924

Date Supervision Commenced: 06/16/2006

Original Sentence: Prison - 37 months; TSR - 36 months

Date Supervision Expires: 06/15/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

It is respectfully recommended the Court remove condition 14, and replace it with condition 20:

14  You shall reside in a residential reentry center for a period of up to 365 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

20  You shall participate in the home confinement program for 365 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

Daniel Ogle's case was re-sentenced by the Court on March 31, 2006. Per special condition 14, he was ordered to reside in a community corrections center for a period of 1 year. On June 16, 2006, Mr. Ogle was released to Bannum Place of Spokane. Within 1 week of his placement, he obtained employment at the Laborer's Union, Local #238. In a short period of time, he obtained employment at a livable, hourly rate of $19.81.

Prob 12B
**Re: Ogle, Daniel Lee**
**July 26, 2006**
**Page 2**

He is currently working on the I-90 project in downtown Spokane with Degerstrom Construction. Due to the nature of the current job, he is needed at work 14-16 hours daily. This information has been confirmed through his supervisor, Darren Cornwell. His work schedule has created issues with his placement at Bannum. These issues have lead to conflict that are not in the best interest of Mr. Ogle, nor Bannum Place of Spokane. This officer has counseled the defendant in areas at which he appears to be at fault.

Mr. Ogle and his attorney have indicated if he continues to reside at Bannum, it may negatively impact his employment. This officer has investigated the issues reported by the defendant, his attorney, and Bannum staff.

It appears to be in Mr. Ogle's best interest to have his conditions modified to a 1-year placement on home confinement, in lieu of his placement at Bannum Place of Spokane.

Respectfully submitted,

by  *Matthew L Thompson*
Matthew L Thompson
U.S. Probation Officer
Date: July 26, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

7/31/2006
Date